Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>RAUL MALDONADO LUCIANO<br>   a/k/a Evaristo, Americano, Marigo,<br>JOACHIN LUA LUCIO<br>   a/k/a Grenas,<br>MANUEL MARQUEZ GOMEZ<br>   a/k/a Carlos,<br>ROBERTO MARQUEZ GOMEZ<br>   a/k/a Bobby,<br>JOSE MONTALVO-JUACHIN<br>   a/k/a Jorge,<br>PEDRO GOMEZ VASQUEZ<br>   a/k/a Hector,<br>BERNARDO GOMEZ CASARIN<br>   a/k/a Richard, Nayo,<br>ARVIN MELENDEZ DIAZ<br>   a/k/a Jorge, George,<br>BERNARDO GOMEZ HERRERA,<br>ANICETO SILVA CHAVEZ,<br>CHADWICK QUENTON SMITH,<br><br>          Defendants. | NO. CR06-197RSL<br><br>ORDER CONTINUING<br>TRIAL DATE AND PRETRIAL<br>MOTIONS DEADLINE |

THIS MATTER comes before the Court pursuant to the stipulation of the parties to continue the current trial date of August 14, 2006, and extend the pretrial motions deadline.

Order Continuing Trial and Motions Deadline
LUCIANO, et al./CR06-197L –1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1     The government and all defendants with defense counsel appeared before this Court on July 26, 2006 for a status conference.  At this time, the government and all defendants stipulated to a continuance of the current trial date to November 6, 2006 and all defendants agreed to file waivers of speedy through November 30, 2006 to accommodate this request.

6     The case is complex charging 11 defendants with Conspiracy to Distribute Heroin stemming from a wire investigation where thousands of calls were intercepted on four telephones.  To date, the government has provided defendants with the recordings of these telephone calls and over 1400 pages of discovery.  Given this large volume of material, it is unreasonable to expect adequate preparation for trial before the current trial date of August 14, 2006.

12     Having considered the entirety of the record, the files herein, and the representations of the parties in open court, this Court finds that a failure to grant a continuance would likely result in a miscarriage of justice.  As such, this Court further finds that the ends of justice are served by the parties being adequately prepared for trial, and outweigh the interests of the public and the defendants in a speedy trial.

17     IT IS NOW, THEREFORE, ORDERED that trial date be continued from August 14, 2006 to November 6, 2006, and that the time between the date of this Order and the new trial date be excludable time under the Speedy Trial Act pursuant to Title 18, United States Code, Sections 3161(h)(8)(A), 3161(h)(8)(B)(I), and 3161(h)(8)(B)(ii).

21     IT IS FURTHER ORDERED that the defendants shall file waivers of speedy trial no later than August 4, 2006 to accommodate the requested continuance.

//
//
//
//
//
//

Order Continuing Trial and Motions Deadline
LUCIANO, et al./CR06-197L –2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1
2        IT IS FURTHER ORDERED that pretrial motions shall be filed on or before
3   October 5, 2006.
4        Dated this 2nd day of August, 2006
5
6                                          _/s/ Robert S. Lasnik_
7                                          Robert S. Lasnik
8                                          United States District Judge

Presented by:

s/ Lisca Borichewski
LISCA BORICHEWSKI
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle WA 98101-1271
(206) 553-2266, Fax: (206) 553-4440
E-mail: lisca.borichewski@usdoj.gov
Washington State Bar #24300

Order Continuing Trial and Motions Deadline
LUCIANO, et al./CR06-197L –3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970